# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RUBEN HIRALES-BLANCO,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  20CR3552-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **June 11, 2021**; the hearing is **CONTINUED** to **Friday, June 25, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: June 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge